**LONNIE YATES v. BARKLEY GAUSE, Sheriff of Jackson County, Florida.**

18 So. (2nd) 166            January Term, 1944
May 19, 1944                     Division B

*B. L. Solomon,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.